1  JOAN JACOBS LEVIE, #179787
   LAW OFFICES OF JOAN JACOBS LEVIE
2  2014 TULARE STREET, SUITE 528
   FRESNO, CALIFORNIA 93721
3  TELEPHONE: (559) 498-8155
   FACSIMILE:  (559) 498-8165
4
   Attorney for Defendant, JOSE BIRRUETA MACIAS
5

6

7           **IN THE UNITED STATES DISTRICT COURT FOR THE**

8                  **EASTERN DISTRICT OF CALIFORNIA**

9

10  | UNITED STATES OF AMERICA, | ) | NO. 1:07-CR-00269-AWI |
    |---|---|---|
11  | Plaintiff, | ) | STIPULATION TO CONTINUE |
    | | ) | SENTENCING HEARING; |
12  | v. | ) | ORDER |
    | | ) | |
13  | JOSE BIRRUETA MACIAS, et al., | ) | SCHED. DATE:  December 14, 2009 |
    | | ) | REQST. DATE:  December 21, 2009 |
14  | Defendant. | ) | TIME:        9:00 A.M. |
    | _____ | ) | COURT RM:    2 |

15

16

17         IT IS HEREBY STIPULATED between the parties, by and through counsel for the

18  government, Laurel Montoya and Joan Jacobs Levie, counsel for Defendant JOSE BIRRUETA

19  MACIAS, that the date of the sentencing hearing, currently scheduled for December 14, 2009 at

20  9:00 a.m., be continued until December 21, 2009 at 9:00 a.m. to accommodate defense counsel's

21  international travel schedule.

22         DATED: November 3, 2009

23  Respectfully submitted,

                                            /S/ Joan Jacobs Levie
24                                          JOAN JACOBS LEVIE
                                            Attorney for Defendant,
25                                          JOSE BIRRUETA MACIAS

26
                                            /S/ Laurel Montoya
27                                          LAUREL MONTOYA
                                            Assistant U.S. Attorney
28

<u>ORDER</u>

Having read the stipulation of counsel and finding good cause,

IT IS HEREBY ORDERED that the date of the sentencing proceedings will be continued in accordance with the above stipulation of counsel.  The defendant is ordered to return to court for further proceedings on December 21, 2009.

IT IS SO ORDERED.

**Dated:   November 3, 2009**              <u>  /s/ Anthony W. Ishii  </u>
                                           CHIEF UNITED STATES DISTRICT JUDGE

2