IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
NOV 18 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | No. CR-07-269-AWI |
| ) | |
| vs. ) | ORDER OF RELEASE |
| ) | |
| JOSE BIRRUETA-MACIAS, ) | |
| ) | |
| Defendant. ) | |

The above named defendant having been sentenced on NOVEMBER 18, 2009 TO 27 months (Time served)

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: 11-18-09

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1